# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DEMARCUS GENE HUBERT | § § § § | |
| *Plaintiff*, | | |
| vs. | § § § | CIVIL ACTION NO: 4:24-cv-02138 |
| WILLIAMS BROTHERS CONSTRUCTION CO., INC. | § § § | |
| *Defendant*. | § § | |

## PLAINTIFF DEMARCUS GENE HUBERT
## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now Plaintiff, DEMARCUS GENE HUBERT, pro se, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice to this court and all parties, a voluntary dismissal of all claims asserted by it, without prejudice, in the above-entitled matter. I also would like to reserve the right to file in the future. PLEASE TAKE NOTICE that Plaintiff(s) request, under Federal Rule of Civil Procedure 41(a)(1)(A)(i)("Rule 41(a)(1)(A)"), hereby dismisses this action. Under Rule 41 (a)(1)(B), this dismissal is without prejudice.

ALL RIGHTS RESERVED

Respectfully submitted,

<u>/s/ DEMARCUS GENE HUBERT</u>

      Pro Se

By:

DEMARCUS GENE HUBERT

8214 Lawn St.

Houston, Texas 77088

demarcusghubert@gmail.com

Case 4:24-cv-02138   Document 21-1   Filed on 10/04/24 in TXSD   Page 3 of 4

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DEMARCUS GENE HUBERT | § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION NO: 4:24-cv-02138 |
| WILLIAMS BROTHERS CONSTRUCTION CO., INC. | § § § | |
| *Defendant*. | § § § | |

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served all Parties of Record in this matter with a copy of the enclosed VOLUNTARY DISMISSAL WITHOUT PREJUDICE via as follows:

- E-MAIL

This 4th day of October, 2024.

Respectfully,

/s/ DEMARCUS GENE HUBERT

Plaintiff Pro Se

By:

DeMarcus Gene Hubert
8214 Lawn St.
Houston, Tx. 77088